# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STRANG HEATING AND AIR CONDITIONING, INC., | CASE NO. CV F 10-1957 LJO SMS |
| Plaintiff, | **ORDER TO DISMISS DEFENDANT** (Doc. 5.) |
| vs. | |
| LAYTON CONSTRUCTION CO. INC., et al., | |
| Defendants. | |

Based on the plaintiff's notice of voluntary dismissal under F.R.Civ.P. 41(a)(1)(A)(i), this Court DISMISSES this action without prejudice as to defendant Delaware North Companies only. The clerk is directed NOT to close this action.

IT IS SO ORDERED.

**Dated:   November 12, 2010**              /s/ Lawrence J. O'Neill
                                            UNITED STATES DISTRICT JUDGE

1