UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA-FRESNO DISTRICT

| | |
|---|---|
| STRANG HEATING AND AIR CONDITIONING, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>LAYTON CONSTRUCTION CO., INC., a Utah corporation; and SAFECO INSURANCE COMPANY OF AMERICA, a Washington corporation,<br><br>Defendants. | Case No. 1:10-cv-01957 LJO SMS<br><br>**ORDER RE: STIPULATION TO EXTEND TIME TO FILE RESPONSIVE PLEADING AND TO CONTINUE THE MANDATORY SCHEDULING CONFERENCE (AND ALL DATES ASSOCIATED THEREWITH)**<br><br>Trial Date:  None Set |

Based upon the Stipulation signed on December 14, 2010, by and between the parties and good cause appearing thereon, the Court hereby orders as follows:

1.  That the time for LAYTON CONSTRUCTION CO., INC., to respond to STRANG HEATING AND AIR CONDITIONING, INC.'s First Amended Complaint shall be extended to February 4, 2011;

2.  That the time for SAFECO INSURANCE COMPANY OF AMERICA, to respond to STRANG HEATING AND AIR CONDITIONING, INC.'s First Amended Complaint shall be extended to February 4, 2011; and

Proposed Order-Strang vs Layton.rtf

1      3.      That the Mandatory SCHEDULING CONFERENCE and all dates
2  associated therewith shall be continued for sixty days, to the following date:
3      Scheduling Conference hearing is continued from January 12, 2011 to April
4  25, 2011 at 10:00 a.m. in Courtroom #7 before Judge Snyder.

7  IT IS SO ORDERED.

9  Dated:   January 10, 2011                    /s/ Sandra M. Snyder
10                                         UNITED STATES MAGISTRATE JUDGE