# UNITED STATES DISTRICT COURT

**EASTERN DISTRICT OF CALIFORNIA-FRESNO DISTRICT**

STRANG HEATING AND AIR CONDITIONING, INC., a California corporation,

Plaintiff,

v.

LAYTON CONSTRUCTION CO., INC., a Utah corporation; and SAFECO INSURANCE COMPANY OF AMERICA, a Washington corporation,

Defendants.

Case No. CV F 10-1957 LJO SMS

**ORDER RE: STIPULATION TO EXTEND TIME TO FILE RESPONSIVE PLEADING AND TO CONTINUE THE MANDATORY SCHEDULING CONFERENCE (AND ALL DATES ASSOCIATED THEREWITH)**

Trial Date: None Set

Based upon the Stipulation signed on February 1, 2011, by and between the parties and good cause appearing thereon, the Court hereby orders as follows:

1. Defendants LAYTON CONSTRUCTION CO., INC., and SAFECO INSURANCE COMPANY OF AMERICA shall have a final extension of time until March 14, 2011, to file their responses to Plaintiff's First Amended Complaint; and

////

////

////

1

Proposed Order 10CV01957.doc

The Mandatory Scheduling Conference (and all dates associated therewith) shall be continued from April 25, 2011 to May 23, 2011, at **10:30 a.m.** in Courtroom #7 before Judge Snyder.

**IT IS SO ORDERED**.

Dated:   February 1, 2011                              /s/ Sandra M. Snyder
                                                      UNITED STATES MAGISTRATE JUDGE