1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   STRANG HEATING AND AIR          )    **New/Temporary** Case No.
     CONDITIONING, INC., a           )
12   California corporation,         )    1:10-cv-01957-SMS (Doc. 33)
                                     )
13                    Plaintiff,     )
                                     )
14   vs.                             )    **ORDER TO REASSIGN ACTION**
                                     )
15   LAYTON CONSTRUCTION CO.,        )
     INC., a Utah corporation;       )
16   and SAFECO INSURANCE COMPANY    )
     OF AMERICA, a Washington        )
17   corporation,                    )
                                     )
18                    Defendants.    )
     _____)
19                                   )
     AND RELATED COUNTER-CLAIM.      )
20   _____)

21        During the telephonic scheduling conference held on September

22   22, 2011, counsel verbally consented to conduct all further

23   proceedings, including trial and entry of judgment, before soon-to-

24   be-sworn-in U.S. Magistrate Judge Barbara A. McAuliffe.  The

25   parties then promptly e-filed the appropriate consent forms (Docs.

26   30-31).  Therefore, the action was temporarily reassigned to the

27   docket of U.S. Magistrate Judge Sandra M. Snyder, thereby

28   temporarily changing the case number/initials to **1:10-cv-01957-SMS**

                                    1

1    (Doc. 33).  However, immediately after Barbara A. McAuliffe is
2    sworn in as a U.S. Magistrate Judge, this action will be reassigned
3    to her for any and all further proceedings, thereby changing the
4    case number/initials, once again, to **1:10-cv-01957-BAM**.  A
5    scheduling conference order has yet to be issued (Doc. 32), during
6    this state of flux, but will be issued as soon as possible, which
7    Judge McAuliffe may or may not adopt.

8

9

10   IT IS SO ORDERED.

11   **Dated:    October 11, 2011**                    **/s/ Sandra M. Snyder**
                                      UNITED STATES MAGISTRATE JUDGE
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28