IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STRANG HEATING AND AIR CONDITIONING, INC., a California corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>LAYTON CONSTRUCTION CO., INC., a Utah corporation; and SAFECO INSURANCE COMPANY OF AMERICA, a Washington corporation,<br><br>    Defendants.<br>_____<br>AND RELATED COUNTER-CLAIM.<br>_____ | **New/Temporary** Case No.<br><br>1:10-cv-01957-SMS (Doc. 33)<br><br><br>**ORDER TO REASSIGN ACTION** |

  During the telephonic scheduling conference held on September 22, 2011, counsel verbally consented to conduct all further proceedings, including trial and entry of judgment, before soon-to-be-sworn-in U.S. Magistrate Judge Barbara A. McAuliffe.  The parties then promptly e-filed the appropriate consent forms (Docs. 30-31).  Therefore, the action was temporarily reassigned to the docket of U.S. Magistrate Judge Sandra M. Snyder, thereby temporarily changing the case number/initials to **1:10-cv-01957-SMS**

1

1  (Doc. 33).  However, immediately after Barbara A. McAuliffe is
2  sworn in as a U.S. Magistrate Judge, this action will be reassigned
3  to her for any and all further proceedings, thereby changing the
4  case number/initials, once again, to **1:10-cv-01957-BAM**.  A
5  scheduling conference order has yet to be issued (Doc. 32), during
6  this state of flux, but will be issued as soon as possible, which
7  Judge McAuliffe may or may not adopt.

10  IT IS SO ORDERED.
11  **Dated:    October 11, 2011**               **/s/ Sandra M. Snyder**
                                          UNITED STATES MAGISTRATE JUDGE