# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### [Fresno District]

| | |
|---|---|
| STRANG HEATING AND AIR CONDITIONING, INC., a California corporation,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>LAYTON CONSTRUCTION CO., INC., a Utah corporation; and SAFECO INSURANCE COMPANY OF AMERICA, a Washington corporation,<br><br>　　　　　　　Defendants. | CASE NO.:   1:10-cv-01957-BAM<br><br>**ORDER TO EXTEND DISCOVERY AND MOTION CUT-OFF DATES**<br><br><br><br><br>Assigned to:   Judge Barbara A. McAuliffe |
| LAYTON CONSTRUCTION CO., INC., a Utah corporation,<br><br>　　　　　　　Counter-Claimant,<br><br>vs<br><br>STRANG HEATING AND AIR CONDITIONING, INC., a California corporation,<br><br>　　　　　　　Counter-Defendant. | Trial Date:   September 10, 2012<br><br>**JURY TRIAL DEMANDED** |

//

//

//

**ORDER**

1

1  Based upon the Stipulation filed on January 19, 2012, [Doc# 37] by and between the parties
2  and good cause appearing thereon, the Court hereby orders as follows:
3     1.   Non-Experts moved from February 15, 2012 to **March 15, 2012**;
4     2.   Expert Discovery moved from March 15, 2012 to **April 19, 2012**;
5     3.   Disclosure of Expert Witnesses moved from February 1, 2012 to **March 1, 2012**;
6     4.   Supplemental Expert Witnesses moved from February 15, 2012 to **March 15, 2012**;
7     5.   Non-Dispositive Pre-Trial Motions moved from March 22, 2012 to **April 19, 2012**.

IT IS SO ORDERED.

Dated:   January 26, 2012           /s/ Barbara A. McAuliffe
                                    UNITED STATES MAGISTRATE JUDGE