# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

## [Fresno District]

| | |
|---|---|
| STRANG HEATING AND AIR CONDITIONING, INC., a California corporation, | CASE NO.:   1:10-cv-01957-BAM |
| Plaintiff, | **ORDER TO EXTEND DISCOVERY AND MOTION CUT-OFF DATES** |
| vs. | |
| LAYTON CONSTRUCTION CO., INC., a Utah corporation; and SAFECO INSURANCE COMPANY OF AMERICA, a Washington corporation, | |
| Defendants. | Assigned to:   Judge Barbara A. McAuliffe |
| LAYTON CONSTRUCTION CO., INC., a Utah corporation, | Trial Date:   September 10, 2012 |
| Counter-Claimant, | **JURY TRIAL DEMANDED** |
| vs | |
| STRANG HEATING AND AIR CONDITIONING, INC., a California corporation, | |
| Counter-Defendant. | |

//

//

//

**ORDER**

1

ORDER

Based upon the Stipulation filed on January 19, 2012, [Doc# 37] by and between the parties and good cause appearing thereon, the Court hereby orders as follows:

1. Non-Experts moved from February 15, 2012 to **March 15, 2012**;

2. Expert Discovery moved from March 15, 2012 to **April 19, 2012**;

3. Disclosure of Expert Witnesses moved from February 1, 2012 to **March 1, 2012**;

4. Supplemental Expert Witnesses moved from February 15, 2012 to **March 15, 2012**;

5. Non-Dispositive Pre-Trial Motions moved from March 22, 2012 to **April 19, 2012**.

IT IS SO ORDERED.

Dated:     January 26, 2012                    /s/ Barbara A. McAuliffe
                                         UNITED STATES MAGISTRATE JUDGE