1

2

3

4

5

6                    UNITED STATES DISTRICT COURT

7                    EASTERN DISTRICT OF CALIFORNIA

8

9    STRANG HEATING AND AIR                 CASE NO. 1:10-cv-1957-BAM
     CONDITIONING, INC.,
10
                    Plaintiff,              **ORDER AFTER SETTLEMENT**
11
           vs.
12
     LAYTON CONSTRUCTION CO., INC.
13   and SAFECO INSURANCE COMPANY
     OF AMERICA,
14
                    Defendants.
15   _____ /

16

17        The parties have filed a Notice of Settlement indicating that settlement has been reached.  (Doc.

18   39).  Pursuant to this Court's Local Rule 160, this Court ORDERS the parties, **no later than August**

19   **3, 2012,** to file appropriate papers to dismiss or conclude this action in its entirety.

20        This Court VACATES all pending dates and matters, including the pretrial and trial dates.

21        Failure to comply with this order may be grounds for the imposition of sanctions on counsel or

22   parties who contributed to violation of this order.  *See* Local Rule 160 and Local Rule 272.

23        IT IS SO ORDERED.

24   **Dated:   July 20, 2012**          ___/s/ **Barbara A. McAuliffe**_____
                                          UNITED STATES MAGISTRATE JUDGE
25

26

27

28