1
2
3
4
5
6
7   **UNITED STATES DISTRICT COURT**
8   **EASTERN DISTRICT OF CALIFORNIA**
9   **[Fresno District]**

10  STRANG HEATING AND AIR
11  CONDITIONING, INC., a California           ) **CASE NO.:   CV F 10-1957 BAM**
    corporation,                               )
12                                             )
                                               )
13              Plaintiff,                     ) **ORDER FOR DISMISSAL**
                                               )
14  vs.                                        )
                                               )
15  LAYTON CONSTRUCTION CO., INC., a Utah      )
    corporation; and SAFECO INSURANCE          )
16  COMPANY OF AMERICA, a Washington           )
    corporation,                               )
17                                             ) **Assigned to:   Judge Barbara A. McAuliffe**
                Defendants.                    )
18                                             )
    LAYTON CONSTRUCTION CO., INC., a Utah      )
19  corporation,                               )
                                               )
20              Counter-Claimant,              )
                                               )
21  vs                                         )
                                               )
22  STRANG HEATING AND AIR                     )
    CONDITIONING, INC., a California           )
23  corporation,                               )
                                               )
24              Counter-Defendant.             )
25                                             )
26
27
28

**ORDER**

Pursuant to the terms Joint Stipulation of Dismissal filed on August 1, 2012, by the parties, this action is DISMISSED pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **August 6, 2012**          /s/ Barbara A. McAuliffe
                                UNITED STATES MAGISTRATE JUDGE