1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
### [Fresno District]

| | |
|---|---|
| STRANG HEATING AND AIR CONDITIONING, INC., a California corporation,<br><br>                    Plaintiff,<br><br>vs.<br><br>LAYTON CONSTRUCTION CO., INC., a Utah corporation; and SAFECO INSURANCE COMPANY OF AMERICA, a Washington corporation,<br>                    Defendants. | **CASE NO.:   CV F 10-1957 BAM**<br><br><br><br>**ORDER FOR DISMISSAL**<br><br><br><br><br><br>**Assigned to:   Judge Barbara A. McAuliffe** |
| LAYTON CONSTRUCTION CO., INC., a Utah corporation,<br>                    Counter-Claimant,<br><br>vs<br><br>STRANG HEATING AND AIR CONDITIONING, INC., a California corporation,<br>                    Counter-Defendant. | |

**ORDER**

Pursuant to the terms Joint Stipulation of Dismissal filed on August 1, 2012, by the parties, this action is DISMISSED pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure.   The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:    **August 6, 2012**              /s/ *Barbara A. McAuliffe*
                                    UNITED STATES MAGISTRATE JUDGE